# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.  15-41956-PWB |
| STEVEN MICHAEL BARNEY and ) | |
| MARY JO BARNEY, ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| ) | |
| ) | |
| STEVEN MICHAEL BARNEY and ) | CONTESTED MATTER |
| MARY JO BARNEY, ) | |
| ) | |
| Objectors, ) | |
| ) | |
| vs. ) | |
| ) | |
| HARLEY-DAVIDSON CREDIT ) | |
| CORP., ) | |
| ) | |
| Respondent. ) | |

**NOTICE OF REQUIREMENT OF RESPONSE TO DEBTORS' OBJECTION TO CLAIM OF HARLEY-DAVIDSON CREDIT CORP. (CLAIM NO. 7); OF DEADLINE FOR FILING RESPONSE; and OF HEARING**

**PLEASE TAKE NOTICE** that Steven Michael Barney and Mary Jo Barney, named as debtors in this Chapter 13 case, have filed an *Objection to Claim Filed by Harley-Davidson Credit Corp. (Claim No. 7)* seeking an Order disallowing a claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views, then on or before **August 14, 2017** you or your attorney must:

(1) File with the Court a written response, explaining your position and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

**Clerk, U.S. Bankruptcy Court**
**600 East First St., Room 339**
**Rome, Georgia 30161-3187**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it on or before the date stated above.

(2) Mail or deliver a copy of your written response to the Debtors' attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the Court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the Court may enter an Order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney file a timely response, then a hearing will be held in ***Courtroom 342, U.S. Courthouse, 600 East First Street, Rome, Georgia*** at ***10:00 a.m.*** on ***August 30, 2017***. You or your attorney must attend the hearing and advocate your position.

Dated: July 12, 2017.

                                                                         THE ROTHBLOOM LAW FIRM
                                                                         Counsel for Debtor

                                                                         */s/ Howard D. Rothbloom*
                                                                          HOWARD D. ROTHBLOOM
                                                                          Georgia Bar No. 915670
                                                                          31 Atlanta Street
                                                                          Marietta, Georgia 30060
                                                                          Tel: 770-792-3636
                                                                          Fax: 770-792-3281
                                                                          Email: howard@rothbloom.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.   15-41956-PWB |
| STEVEN MICHAEL BARNEY and ) | |
| MARY JO BARNEY, ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| ) | |
| ) | |
| STEVEN MICHAEL BARNEY and ) | CONTESTED MATTER |
| MARY JO BARNEY, ) | |
| ) | |
| Objectors, ) | |
| ) | |
| vs. ) | |
| ) | |
| HARLEY-DAVIDSON CREDIT ) | |
| CORP., ) | |
| ) | |
| Respondent. ) | |

**OBJECTION TO CLAIM FILED BY HARLEY-DAVIDSON CREDIT CORP.
(CLAIM NO. 7)**

COME NOW Steven Michael Barney and Mary Jo Barney ("Debtors") and bring this *Objection to Claim Filed by Harley-Davidson Credit Corp. (Claim No. 7)* (the "Objection"), respectfully showing as follows:

**PRELIMINARY STATEMENT**

1. This Objection is brought in connection with the above-styled bankruptcy case filed by Debtors under Chapter 13 of the Bankruptcy Code[1] on August 21, 2015 (the "Petition Date").

---

[1] 11 U.S.C. §§ 101 *et seq.*

2. The Court has jurisdiction over this contested matter pursuant to 28 U.S.C. §§ 157 and 1334.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5. The statutory basis for the relief sought herein is found at Section 502 of the Bankruptcy Code and Rules 3001, 3002, and 3007 of the Federal Rules of Bankruptcy Procedure.

6. Debtors are individuals residing in Paulding County, Georgia.

7. Harley-Davidson Credit Corp. ("Respondent") is, upon information and belief, a corporation organized under the laws of the state of Nevada, and is not a federally insured depository institution. Respondent is subject to service by first class mail directed to the individual who executed its proof of claim filed in this case: John R. Callison, Buckley Madole, PC, P.O. Box 9013, Addison, TX 75001. Respondent is also subject to service of this Objection by first class mail directed to its designated agent for service of process: The Corporation Trust Company of Nevada, 701 S. Carson St., Suite 200, Carson City, NV 89701.

**BACKGROUND AND PROCEDURAL HISTORY**

8. Respondent filed its proof of claim in this case on September 10, 2015 (Claim No. 7) (the "Claim") in the amount of $15,970.48, secured by Debtors' 2011 Harley-Davidson FLTRUSE Screamin' Eagle.

9. Debtors surrendered their interest in the 2011 Harley-Davidson FLTRUSE Screamin' Eagle through their Motion to Amend Confirmed Plan filed April 14, 2016

[Docket No. 46].

## RELIEF REQUESTED

10. Debtors restate and incorporate the statements and allegations made in Paragraphs 1 through 9 above as if wholly restated herein verbatim.

11. Debtors contend that Respondent's Claim in this case is inaccurate as Harley-Davidson received and sold the surrendered 2011 Harley-Davidson FLTRUSE Screamin' Eagle.

12. Respondent's claim should be amended and reduced by the amount received from the sale of the 2011 Harley-Davidson FLTRUSE Screamin' Eagle.

13. Debtors request that the Claim be disallowed without prejudice to Respondent to file an amended unsecured claim that accounts for the amount received from the sale of the 2011 Harley-Davidson FLTRUSE Screamin' Eagle.

14. WHEREFORE Debtors pray that this Objection be read and considered, that the Claim be disallowed as filed and allowed as an unsecured, and for such other relief as the Court deems appropriate.

Respectfully submitted this 12th day of July 2017.

       THE ROTHBLOOM LAW FIRM
       Counsel for Debtor

       */s/ Howard D. Rothbloom*
       HOWARD D. ROTHBLOOM
       Georgia Bar No. 915670
       31 Atlanta Street
       Marietta, Georgia 30060
       Tel: 770-792-3636
       Fax: 770-792-3281
       Email: howard@rothbloom.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-41956-PWB |
| **STEVEN MICHAEL BARNEY and** | ) | |
| **MARY JO BARNEY,** | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| **STEVEN MICHAEL BARNEY and** | ) | **CONTESTED MATTER** |
| **MARY JO BARNEY,** | ) | |
| | ) | |
| Objectors, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **HARLEY-DAVIDSON CREDIT** | ) | |
| **CORP.,** | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this day true and correct copies of the within and foregoing *Objection to Claim of Harley-Davidson Credit Corp. (Claim No. 7)* and *Notice of Requirement of Response; of Deadline for Filing Response; and Of Hearing* were served upon the following by depositing the same in the United States Mail, adequate postage prepaid, addressed as follows:

Harley-Davidson Credit Corp.
c/o Buckley Madole, P.C.
P.O. Box 9013
Addison, TX 75001

Harley-Davidson Credit Corp.
c/o The Corporation Trust Company of Nevada
701 S. Carson St., Suite 200
Carson City, NV 89701

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree St. NE, Ste. 2200
Atlanta, GA 30303

This 12th day of July 2017.

THE ROTHBLOOM LAW FIRM
Counsel for Debtor

*/s/ Howard D. Rothbloom*
HOWARD D. ROTHBLOOM
Georgia Bar No. 915670
31 Atlanta Street
Marietta, Georgia 30060
Tel: 770-792-3636
Fax: 770-792-3281
Email: howard@rothbloom.com